FILED
CLERK, U.S. DISTRICT COURT

APR 1 0 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Reginald Winston

Defendant.

Case No.: ~~13~~ 2018-112M

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Eastern_ District of _Arkansas_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)   information in the Pretrial Services Report and Recommendation

(X)   information in the violation petition and report(s)

( )   the defendant's nonobjection to detention at this time

( )   other: _____

1

and/ or

B. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)    information in the Pretrial Services Report and Recommendation

(X)    information in the violation petition and report(s)

( )    the defendant's nonobjection to detention at this time

( )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: *April 10, 2018*

_____
SHERI PYM
United States Magistrate Judge

2